ACCEPTED
15-25-00037-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/25/2025 5:19 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00037-CV

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/25/2025 5:19:21 PM
CHRISTOPHER A. PRINE
Clerk

———————————

TEXAS ALCOHOLIC BEVERAGE COMMISSION,

*Appellant*,

v.

EARL PEARSON,

*Appellee.*

———————————

On Appeal from the
261st Judicial District Court, Travis County

———————————

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

———————————

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

KIMBERLY GDULA
Chief for General Litigation Division

KELSEY L. WARREN
Assistant Attorney General
Texas Bar No. 24095736

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4083| FAX: (512) 320-0667
kelsey.warren@oag.texas.gov

Pursuant to Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), Defendant-Appellant moves for an extension of time of four (4) weeks to file its brief, and would respectfully show the court the following:

Appellant's brief is due on Monday, April 28, 2025. This is Appellant's first request for an extension of time.

Appellant requests this extension because counsel for Appellant is currently scheduled for jury trial. Jury selection will begin on Monday, May 12, 2025, in *Greig v. Texas A&M University Texarkana*, No. 5:23-cv-00030-JRG-JBB (E.D. Tex.). Trial is expected to last at least a week.

Appellant counsel will also be out of the country from May 28, 2025 – June 8, 2025.

Because of the trial setting, counsel has been unable to devote the requisite time to preparation of Appellant's brief. The requested extension is reasonable and necessary to allow Appellant adequate time to prepare its brief. This request is not made for delay, but only so that justice may be done.

Appellant therefore requests that this Court grant an extension of time of four (4) weeks until August 24, 2025, for file Appellant's brief.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief for General Litigation Division

*/s/Kelsey L. Warren*
KELSEY L. WARREN
Assistant Attorney General
Texas Bar No. 24095736
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4083| FAX: (512) 320-0667
kelsey.warren@oag.texas.gov

**Counsel for Defendants-Appellant**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically on **April 25, 2025**, to all counsel of record:

>> */s/Kelsey L. Warren*
>> KELSEY L. WARREN
>> Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I certify that on **April 25, 2025**, counsel for Appellant conferred counsel for Appellee Earl Pearson who indicated he was not opposed.

>> */s/Kelsey L. Warren*
>> KELSEY L. WARREN
>> Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

La Shanda Green on behalf of Kelsey Warren
Bar No. 24095736
lashanda.green@oag.texas.gov
Envelope ID: 100122708
Filing Code Description: Motion
Filing Description: 20250425_MET
Status as of 4/28/2025 7:08 AM CST

Associated Case Party: Earl Pearson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Melton | 24013155 | jmelton@jfmeltonlaw.com | 4/25/2025 5:19:21 PM | SENT |
| Michael Balcezak | | Michael@jfmeltonlaw.com | 4/25/2025 5:19:21 PM | SENT |

Associated Case Party: Texas Alcoholic Beverage Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| LASHANDA GREEN | | lashanda.green@oag.texas.gov | 4/25/2025 5:19:21 PM | SENT |
| KELSEY WARREN | | kelsey.warren@oag.texas.gov | 4/25/2025 5:19:21 PM | SENT |